■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN and DAVID HULSBERG, Defendants.— Motion to dismiss two pending motions to dismiss indictments, granted. The granting of this motion is without prejudice to an application by defendants, pursuant to statute (L. 1960, ch. 164, effective March 8, 1960, amending Judiciary Law, § 149, subd. 2), to a Justice of this court for permission to have said motions to dismiss the indictments heard at a term of this court. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Kleinfeld J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BALDWIN HAYNES, Appellant.— Motion to withdraw appeal granted. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOLLEY, Appellant.— Motion to dispense with printing and for other relief on an appeal from judgment, granted to the extent of dispensing with printing. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. Motion for enlargement of time granted. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD JACKSON, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN MARTIN, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ARCHIE MILES, Appellant.— Motion for reconsideration of motions for leave to appeal as a poor person and for assignment of counsel on appeals from two orders denying coram nobis applications. Motion granted. Motions for leave to appeal as a poor person will be treated as motions to dispense with printing. Motions granted. The appeals will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant's time to perfect the appeals is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeals are ordered to be placed on the calendar. Motions for assignment of counsel granted. Richard C. Cahn, Esq., 375 New York Avenue, Huntington, New York, is assigned as counsel to prosecute the appeals. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.